NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH STEPHEN KUBINSKY,   )
          )
   Appellant,     )
          )
v.           )   Case No. 2D18-3772
          )        2D18-4208
CHRISTINE ADORA KUBINSKY,  )
          )  **CONSOLIDATED**
   Appellee.     )
          )

Opinion filed September 11, 2019.

Appeal from the Circuit Court for
Hillsborough County; Melissa Polo, Judge.

Ingrid Anderson, Clearwater, for Appellant.

Mark F. Baseman of Felix, Felix &
Baseman, Tampa, for Appellee.


PER CURIAM.


     Affirmed.


BLACK, SLEET, and LUCAS, JJ., Concur.